IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 18-cv-02841-PAB-GPG

WADE NOFLIN,

    Plaintiff,

v.

TWO RIVERS DRUG ENFORCEMENT TEAM (TRIDENT),
GARFIELD COUNTY (COLORADO) BOARD OF COMMISSIONERS,
GARFIELD COUNTY SHERIFF'S OFFICE,
CITY OF GLENWOOD SPRINGS, and
THE TOWN OF SILT,

    Defendants.
_____

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**
_____

This matter is before the Court on the Recommendation of United States Magistrate Judge Gordon P. Gallagher filed on March 11, 2019 [Docket No. 40]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on March 11, 2019. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when

neither party objects to those findings"). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The Recommendation of United States Magistrate Judge [Docket No. 40] is accepted.

2. The Motion to Dismiss filed by defendants Two Rivers Drug Enforcement Team, Garfield County (Colorado) Board of Commissioners, and Garfield County Sheriff' [Docket No. 17] is granted.

3. The Motion to Dismiss filed by defendants City of Glenwood Springs and Town of Silt [Docket No. 22] is granted.

4. This case is closed.

DATED April 4, 2019.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
Chief United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).